HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
CLOVIS PLACIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-mj-74 DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE DETENTION HEARING** |
| v. | ) |
| | ) Date: May 12, 2021 |
| CLOVIS PLACIDO, | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |

Defendant Clovis Placido, through his attorney Assistant Federal Defender Lexi Negin, and Plaintiff, United States of America, by and through Assistant United States Attorney Denise Yasinow, hereby stipulate to vacate the Detention Hearing set for May 12, 2021, and continue the Detention Hearing to May 20, 2021, at 2:00 p.m.

The parties agree that good cause exists pursuant to 18 U.S.C. §3142(f)(2)(B) to continue the hearing for more than five days. The defense is expressly requesting an extension of time in order to prepare a release plan to present to the Court. The Defendant waives his right to have the detention hearing within the three and five day time frames set forth in the statute and expressly requests that this Court set the hearing for Thursday, May 20, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

/ / /

Stipulation and Order -1-

| | | |
|---|---|---|
| Dated: May 12, 2021 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Lexi P. Negin*<br>LEXI P. NEGIN<br>Assistant Federal Defender<br>Attorneys for CLOVIS PLACIDO |
| Dated: May 12, 2021 | | PHILIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Denise N. Yasinow*<br>DENISE N. YASINOW<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court has read and considered the Stipulation to Continue the Detention Hearing.

The Court finds that the Defendant consents to the extension of time for the Detention Hearing. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause pursuant to 18 U.S.C. §3142(f)(2)(B) for an extension of time for the Detention Hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Detention Hearing is continued to May 20, 2021 at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 12, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE