FILED
May 20, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLOVIS KARDEKIS PLACIDO, <br><br> Defendant. | Case No. 2:21-mj-074-DB <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CLOVIS KARDEKIS PLACIDO  Case No.  2:21-mj-074-DB  Charge 18 USC § 1349 , from custody for the following reasons:

 _____ Release on Personal Recognizance

 _____ Bail Posted in the Sum of $ _____

 __X__ Unsecured Appearance Bond $ 10,000, co-signed by Lauren Perich

 _____ Appearance Bond with 10% Deposit

 _____ Appearance Bond with Surety

 _____ Corporate Surety Bail Bond

 __X__ (Other): Under the terms and conditions as stated on the record.

Issued at Sacramento, California on May 20, 2021 at _3:39 pm_____.

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney